[876 NE2d 507, 844 NYS2d 779]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN MINGO, Appellant.

Decided October 16, 2007

### APPEARANCES OF COUNSEL

*Appellate Advocates*, New York City (*Lynn W.L. Fahey* of counsel), for appellant.

*Michael A. Cardozo, Corporation Counsel*, New York City (*Fay Ng* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed. The Appellate Division, having affirmed without opinion, may have done so on the basis that the sentence imposed was not excessive, an issue beyond this Court's review.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.